OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 7, 2023

Bart Heemskerk
P.O. Box 80298
Springfield, MA 01138

RE: NLRB v. Tec-Cast Inc
Case Number: 23-2404
District Court Case Number: 22-CA-277711

Dear Counsel:

Pursuant to our docketing letter dated **August 3, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

For the Court,


s/ Patricia S. Dodszuweit
Clerk

s/ pdb Case Manager

cc: Ruth E. Burdick, Esq.